USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FRANK GREEN,                         :
                                     :
                    Plaintiff,       :
                                     :         07 CIV 6539(VM)
                                     :
          - against -                :
                                     :         ORDER
                                     :
THE PORT AUTHORITY OF NEW YORK       :
AND NEW JERSEY, et al.,              :
                                     :
                    Defendants.      :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint filed in this matter the Court noted that plaintiff Frank Green ("Green") asserts that he is a resident of New Jersey and employed by defendant Port Authority of New York and New Jersey ("Port Authority"), an interstate compact agency that operates a facility at the Holland Tunnel in New York and New Jersey, where at the relevant times Green and the individual defendants were employed. The complaint indicates that the events that gave rise to the action occurred in connection with defendants' alleged acts of unlawful sexual harassment and retaliation at Green's workplace at the Holland Tunnel, and it appears that most or all of the persons involved in these events were located primarily in the Port Authority's Holland Tunnel facility in New Jersey. It therefore appears that in whole or in major part the core of operative facts, and the material

events, documents, persons and potential witnesses related to this action are located in the District of New Jersey. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to transfer this case to the District of New Jersey pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         1 August 2007

```
                              _____
                              Victor Marrero
                              U.S.D.J.
```