UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
FRANK GREEN,

                    Plaintiff,       :    07 Civ 6539

   - against -             :    **ORDER**

THE PORT AUTHORITY OF NEW YORK and
NEW JERSEY, et al.,

                    Defendants.
------------------------------------------------------------ X
**VICTOR MARRERO, United States District Judge.**

      By Order dated August 1, 2007 the Court directed the Clerk of Court to transfer this case to the District of New Jersey pursuant to 28 U.S.C. § 1404(a) and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

      **ORDERED** that in accordance with the Court's Order of August 1, 2007 the Clerk of Court is directed to transfer this action to the District of New Jersey pursuant to 28 U.S.C. § 1404(a) and to close the case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:     New York, New York
            21 August 2001

                                        VICTOR MARRERO
                                           U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-07
```