USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-5-07

**THE PORT AUTHORITY** OF NY & NJ

Darrell Buchbinder, General Counsel
New York Litigation

November 30, 2007

**VIA ECF**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        *Re:* **Frank Green v. The Port Authority of New York & New Jersey, et al.;
Index No.: 07 CIV 6539**

Dear Judge Marrero:

    This office represents The Port Authority of New York and New Jersey (the "Port Authority") in the above-mentioned matter. On November 14, 2007 the Port Authority was served with a summons issued by the Clerk's office of the Southern District of New York together with a complaint with a caption stating that the matter was pending in the Southern District of New York under Index No. 07 Civ. 6539. I am advised that at least some of the individually named defendants were served with identical process. Nowhere was it indicated on the summons or complaint that this matter had been transferred to the federal court in New Jersey.

    An answer was prepared and filed on November 28, 2007 because this office was unsure that the action no longer existed and we were unable to reach plaintiff's counsel, despite several attempts to do so before filing the answer.

    The Port Authority respectfully requests that its answer be withdrawn, since there was no jurisdiction in this Court for the summons and complaint that was served.

Request GRANTED. By Order dated 8-21-07 the Court directed the transfer of this case to the District of New Jersey. The Clerk of Court is directed to withdraw the Answer and any pending motion from the Docket of the action.
**SO ORDERED:**

12-4-07
DATE      VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

Megan Lee
Attorney

cc:   Jaha Smith
      (*via regular mail*)

225 Park Avenue South 13th Floor
New York, NY 10003
T 212 435 7000

Direct Dial (212) 435-3435